**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

October 23, 2019

<u>**Via ECF**</u>

Hon. Nathanael Cousins
United States Magistrate Judge
280 South First Street
San Jose, California 95113

Re:     *In re Ex Parte Application of Broadcom Corporation and Avago Technology*; Case No.
        5:19-mc-80133-NC – Joint Status Report

Dear Judge Cousins:

        Pursuant to the Court's Minute Order on October 3, 2019 (Dkt. No. 29) ("Minute Order"), Broadcom Corp. and Avago Technologies Int'l Sales Pte. Ltd (together, "Applicants") and Respondent NVIDIA Corporation ("NVIDIA") provide the following joint status report.

        By October 16, 2019, NVIDIA produced certain Tegra X1 documents and provided an email explanation about its search for Riva TNT documents.  Applicants have reviewed those materials and made certain inquiries to NVIDIA about the materials produced, including in regard to the completeness of the production in view of the scope of materials NVIDIA agreed to provide, as well as whether NVIDIA will produce a witness to testify about the matters specified in the deposition subpoena.  The parties expect to continue to meet and confer in advance of the hearing presently set for October 30, 2019, and will advise the Court at or before the hearing if they are able or unable to resolve any remaining differences.

 DATED:  October 23, 2019                QUINN EMANUEL URQUHART  &
                                         SULLIVAN, LLP


                            By:   */s/ Yury Kapgan*
                                  Yury Kapgan (Bar No. 218366)
                                  yurykapgan@quinnemanuel.com
                                  865 S. Figueroa Street, 10th Floor
                                  Los Angeles, CA 90017
                                  Telephone: (213) 443-3000
                                  Facsimile: (213) 443-3100

                                  Attorneys NVIDIA CORP.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

DATED:  October 23, 2019                    HOPKINS & CARLEY
                                            A Law Corporation

                                    By:   */s/ Jason S. Angell*
                                          _____
                                            Jason S. Angell (Bar No. 221607)
                                            chohn@hopkinscarley.com
                                            70 South First Street
                                            San Jose, CA 95113
                                            Telephone: (408) 286-9800
                                            Facsimile: (408) 998-4790

                                            Attorneys for BROADCOM CORP. and AVAGO
                                            TECHS. INT'L SALES PTE. LTD.


### ATTESTATION OF E-FILED SIGNATURE

I, Yury Kapgan, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jason S. Angell has concurred in this filing.

DATED:  October 23, 2019            By   */s/ Yury Kapgan*
                                         _____
                                            Yury Kapgan